**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                    NO. 4:09CR00007-01 JLH
                      NO. 4:01CR00155-02 JMM

THERON LEE HAMMONDS                                                                         DEFENDANT

**ORDER**

Defendant Theron Lee Hammonds appeared in person with his attorney, Assistant Federal Public Defender Latrece Gray, on Thursday, September 24, 2009, for a change of plea hearing in case number 4:09CR00007 JLH. The government was represented by Assistant United States Attorney Jana Harris. United States Probation Officer Eric Myrene was also present.

Following the acceptance of defendant's guilty plea to Count 1 of the Indictment in case number 4:09CR00007 JLH, the Court addressed the previously filed Motion for Continuance of Revocation Hearing and for Consolidation of case numbers 4:09CR00007-01 JLH and 4:01CR00155-02 JMM. Without objection, the motion was granted. Document #18 in case number 4:09CR00007-01 JLH, and Document #263 in case number 4:01CR00155-02 JMM.

IT IS THEREFORE ORDERED that case number 4:01CR00155-02 be transferred to this Court's docket. Upon completion of defendant's presentence report in case number 4:09CR00007-01, a sentencing date will be set. The Court will address the pending motion and supplemental motion to revoke supervised release in case number 4:01CR00155-02 at the time of sentencing. Documents #220 and #253.

The current hearing on the motion and supplemental motion to revoke supervised release is hereby cancelled.

IT IS SO ORDERED this 29th day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE