IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 18 2010

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                           NO. 4:01CR00155-02 JLH

THERON LEE HAMMONDS                                                     DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, February 17, 2010, for a scheduled hearing on the government's motion and supplemental motions to revoke supervised release. Documents #220, #253 and #270. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Latrece Gray. United States Probation Officers Eric Myrene and Tabitha Mitchell were also present.

Based on the defendant's admission of the violations contained in the motions regarding violation of state laws that resulted in the current indictment in case no. 4:09CR00007-01 JLH, the Court determined that defendant's supervised release should be revoked. The motion and supplemental motions to revoke supervised release are granted. Documents #220, #253, and #270.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the Bureau of Prisons for a term of **SIX (6) MONTHS to run consecutively to the 18 month sentencing imposed in case no. 4:09CR00007-01 JLH for a total of 24 months imprisonment.**

Defendant is allowed to remain on his current conditions of release and self-report to the designated Bureau of Prisons facility by Monday, March 22, 2010.

IT IS SO ORDERED this _18th_ day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE